# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)



**UNITED STATES OF AMERICA,**
        Plaintiff,

v.                                  Case No. <u>25-40022-TC-RES</u>

**ELIJAH EUGENE WILSON,**
        Defendant.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**UNLAWFUL POSSESSION and TRANSFER of MACHINEGUNS**
**18 U.S.C. § 922(o)**

On and before September 8, 2023, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did knowingly possess a machinegun, that is, a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, grey and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## COUNT 2

**UNLAWFUL POSSESSION and TRANSFER of MACHINEGUNS**
**18 U.S.C. § 922(o)**

On and before September 26, 2023, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did knowingly possess a machinegun, that is, a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger and a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, black; and stainless steel in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3

**UNLAWFUL POSSESSION and TRANSFER of MACHINEGUNS**
**18 U.S.C. § 922(o)**

On and before February 22, 2024, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did knowingly possess a machinegun, that is, a Hoffman Tactical-type, Super Safety, no manufacturer's markings or serial number, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 4

**UNLAWFUL MAKING of FIREARMS**
**26 U.S.C. § 5861(f)**

On and before February 26, 2024, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

knowingly and unlawfully make firearms, that is a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, pink and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(f), and 5871.

## COUNT 5

**UNLAWFUL POSSESSION and TRANSFER of MACHINEGUNS**
**18 U.S.C. § 922(o)**

On and before February 26, 2024, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did knowingly possess a machinegun, that is, a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, pink and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Section 922(o) with reference to Title 18, United States Code, Section 924(a)(2).

## COUNT 6

**FAILURE to REGISTER as DEALER and MANUFACTURER of MACHINEGUNS**
**26 U.S.C. § 5861(a) and 5871**

Between on or about April 23, 2023, and February 26, 2024, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did knowingly engage in the business of manufacturing and dealing in firearms without having paid the special occupational tax required by Title 26, United States Code, Section 5801 and without having registered as required by Title 26, United States Code, Section 5802.

In violation of Title 26, United States Code, Sections 5861(a) and 5871.

## COUNT 7

**UNLAWFUL TRAFFICKING IN FIREARMS**
**18 U.S.C. § 933(a)(1)**

Between on or about April 23, 2023, and February 26, 2024, in the District of Kansas, the defendant,

**ELIJAH EUGENE WILSON,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of one and more firearms, including but not limited to, the following:

1) a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, grey and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger;

2) a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, black in color, bearing no serial number, and

    fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger and a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, black; and

 3) a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, pink and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, not registered to him in the National Firearms Registration and Transfer Record,

to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), 934(a)(1)(B), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in Counts 1-7 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm, or ammunition involved in the commission of the offense, including, but not limited to:

 A. a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, grey and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger;

    B.    a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" rifle, black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger and a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, black;

    C.    a stainless steel in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger;

    D.    a privately manufactured firearm "PMF," .223/5.56mm caliber, "AR-15 style" pistol, pink and black in color, bearing no serial number, and fitted with a drop-in automatic sear, capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, not registered to him in the National Firearms Registration and Transfer Record; and

    E.    any accompanying ammunition.

3.    Upon conviction of the offenses set forth in Count 7 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 934(a)(1)(B), any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to:

    A.    a Creality Model K1 3-D Printer, serial number 2AXRHG-K1;

    B.    a Gateway laptop computer, serial number 2GWNC31514BK2J1K003665; and

    C.    a Dewalt Premium Compact Router, Model DWP611, serial number DH4F717.

All pursuant to Title 18, United States Code, Sections 924(d), 934(a)(1)(B), and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

April 2, 2025           s/ *Foreperson*
   DATE          FOREMAN OF THE GRAND JURY

s/ *Gregory G. Hough*, #12860
Assistant U.S. Attorney
for Duston J. Slinkard
Acting United States Attorney
District of Kansas
444 S.E. Quincy, Ste. 290
Topeka, KS. 66683
Greg.hough@usdoj.gov

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

7

## PENALTIES

**Counts 1, 2, 3 and 5: Possession of a Machinegun**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

  - A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

  - A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

  - A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

  - Forfeiture.

**Counts 4 and 6**:

- Punishable by a term of imprisonment of not more than ten (10) years.   26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 7**:

- Punishable by a term of imprisonment of not more than fifteen (15) years.   18 U.S.C. § 933(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.